LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**
**S.O., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM LOLITA O'NEAL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.O., a minor, by and through her Guardian Ad Litem, LOLITA O'NEAL,<br><br>Plaintiff,<br><br>v.<br><br>RESCUE UNION SCHOOL DISTRICT; MICHELLE WINBERG; LAURA HENDRIX; DUSTIN HALEY and DOES 1-100,<br><br>Defendants. | Case No. 2:23-CV-00406-DJC-AC<br><br>**AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 16)**<br><br>District Judge Daniel J. Calabretta<br>Magistrate Judge Allison Claire<br><br>Date Filed:    03/03/2023<br>Trial Date:     02/03/2025 |

The Parties, through their undersigned counsel, hereby jointly stipulate and request the Court enter an order as follows.

WHEREAS,

1.     The parties are currently engaged in a discovery dispute pending before this Court (Dkts. 23, 25);

2.     Defendant Rescue Union School District has not yet made a full document production in response to Plaintiff's First Set of Request for Production of Documents served July 6, 2023;

3.     Plaintiff has been unable to proceed with depositions, evaluate the case for

1
AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 16) -
CASE NO. 2:23-CV-00406-DJC-AC

1  settlement, or engage in expert discovery without first obtaining the evidence with

2  remains outstanding and is the subject of the pending motion (Dkt. 25); and

3      4.    Under the current deadlines, lay discovery closes on March 1, 2024 (Dkt. 16

4  p.3:4) and even if depositions were to be completed prior to the March 1, 2024 deadline,

5  Plaintiffs would have insufficient time to propound additional written discovery or to

6  notice additional witnesses as necessary;

7      5.    The Parties hereby stipulate and agree that the deadlines as set forth in

8  the Scheduling Order (Dkt. 16) to complete discovery shall be extended 90 days and the

9  deadlines by which to have dispositive motions filed and heard shall be extended 30 days

10 as follows:

| **Deadline** | **Current** | **Proposed** |
|---|---|---|
| Jury Trial | 02/03/2025 | **03/03/2025 @ 9:00 a.m.** |
| Pretrial Conference | 12/12/2024 | **01/16/2025 @ 1:30 p.m.** |
| Joint Pretrial Statement/ MILS | 12/05/2024 | **12/5/2024** |
| Hearing on Dispositive Motions | 09/19/2024 | **10/17/2024 @ 1:30 p.m.** |
| Motions | 08/02/2024 | **09/02/2024** |
| Expert Discovery Cutoff | 05/24/2024 | **08/22/2024** |
| Rebuttal Disclosure + Reports | 04/26/2024 | **07/25/2024** |
| Expert Disclosure + Reports | 03/29/2024 | **06/27/2024** |
| Fact Discovery Cutoff | 03/01/2024 | **05/30/2024** |

20

21      6.    Good cause supports this joint request to allow the parties sufficient time to

22  conduct fact and expert discovery.

23      7.    The Parties respectfully submit that this modification will better allow

24  them to resolve outstanding issues, complete discovery and prepare the case for trial.

IT IS SO STIPULATED.

25

26

27

28

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 16) -
CASE NO. 2:23-CV-00406-DJC-AC

| | | |
|---|---|---|
| 1 | Dated: January 23, 2024 | WALKUP, MELODIA, KELLY & SCHOENBERGER |

By: _____
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
KELLY L. GANCI
Attorneys for PLAINTIFF
S.O., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM LOLITA O'NEAL

Dated: January 23, 2024        SPINELLI DONALD & NOTT

By: _____
ROSS R. NOTT
Attorneys for DEFENDANT
RESCUE UNION SCHOOL DISTRICT,
MICHELLE WINBERG, LAURA HENDRIX
AND DUSTIN HALEY

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 16) - CASE NO. 2:23-CV-00406-DJC-AC

# ORDER

Having considered the stipulated request of the parties, and with good cause appearing, the Court orders as follows:

1. <u>Lay Discovery Period</u>:  The deadline to complete lay discovery shall be extended ninety days, from March 1, 2024 to May 30, 2024.

2. <u>Initial Expert Disclosure</u>:  The deadline to exchange initial expert disclosure and reports shall be extended ninety days, from March 29, 2024 to June 27, 2024.

3. <u>Rebuttal Expert Disclosure</u>:  The deadline to exchange rebuttal expert reports shall be extended ninety days, from April 26, 2024 to July 25, 2024.

4. <u>Expert Discovery Period</u>:  The deadline to complete expert discovery shall be extended ninety days, from May 24, 2024 to August 22, 2024.

5. <u>Motion Filing Deadline</u>:  The deadline to file motions, including dispositive motions, shall be extended thirty days, from August 2, 2024 to September 2, 2024.

6. <u>Dispositive Motion Hearing Deadline</u>:  The deadline for hearing dispositive motions shall be extended thirty days, from September 19, 2024 to October 17, 2024 at 1:30 p.m.

7. <u>Final Pretrial Conference Hearing</u>:  The final pretrial conference date shall be extended thirty days, from December 12, 2024 to January 16, 2025 at 1:30 p.m.

8. <u>Jury Trial</u>: The trial date shall be extended thirty days, from February 3, 2025 to March 3, 2025 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  February 7, 2024            /s/ Daniel J. Calabretta
                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4
AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 16) - CASE NO. 2:23-CV-00406-DJC-AC