UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.O. a minor, by and through Guardian Ad Litem, LOLITA O'NEAL,<br><br>Plaintiff,<br><br>v.<br><br>Rescue Union School District, et al.,<br><br>Defendants. | No. 2:23-cv-00406-DJC-AC-P<br><br><br>ORDER |

Defendant Rescue Union School District seeks reconsideration of a minute order issued by the assigned Magistrate Judge related to the redaction of documents produced in discovery, which Plaintiff has opposed. The Magistrate Judge previously granted a motion to compel production related to these documents (ECF No. 24) and later set a deadline for production of the documents (ECF No. 33). In the latter order, the Magistrate Judge recognized that some issues might exist related to the redaction of production but specifically declined to address that issue at that time as it was not properly presented to the court. (ECF No. 33 at 3 n.1.)

The parties agreed to an Informal Telephonic Conference in lieu of the formal Local Rule 251 procedures to address the outstanding redaction issues. (*See* ECF No. 32.) As the parties had consented to that informal conference, the Magistrate Judge did not prepare a written statement of her ruling with the reasons therefore in

1

accordance with Local Rule 303(a).  In order for this Court to engage in a meaningful review of the Magistrate Judge's determination, the Court will permit the parties to request from the Magistrate Judge a formal written order that complies with Local Rule 303(a).

Defendant Rescue Union School District's Motion for Reconsideration (ECF No. 38) is DENIED WITHOUT PREJUDICE to refiling a further motion for reconsideration of any decision the Magistrate Judge enters as a result of a request made under this Order.

IT IS SO ORDERED.

Dated:  **March 7, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE