LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF
S.O., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM LOLITA O'NEAL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.O., a minor, by and through her Guardian Ad Litem, LOLITA O'NEAL,<br><br>Plaintiff,<br><br>v.<br><br>RESCUE UNION SCHOOL DISTRICT; MICHELLE WINBERG; LAURA HENDRIX; DUSTIN HALEY and DOES 1-100,<br><br>Defendants. | Case No. 2:23-CV-00406-DJC-AC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISCLOSURE OF EL DORADO COUNTY SHERIFF'S OFFICE INVESTIGATION FILE FOR CASE NO. 22-2754**<br><br>District Judge Daniel J. Calabretta<br>Magistrate Judge Allison Claire |

The parties in the above-entitled action and the El Dorado County Sheriff's Office, by and through their undersigned counsel, hereby stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties hereto that:

1. This case arises from Plaintiff S.O.'s allegations that, on multiple dates during the 2021-2022 school year while attending Green Valley Elementary School within Rescue Union School District, S.O. was repeatedly sexually harassed, molested and assaulted by other minor students, including E.H.

2. The El Dorado County Sheriff conducted an investigation of Plaintiff's allegations, spoke to witnesses and prepared reports relating to its investigation.

3. Disclosure of the investigation file will assist Plaintiff S.O. in

1 prosecuting her claims and will assist the Parties in attempting to resolve the
2 matter.

3     4.    On October 13, 2023, counsel for Plaintiff S.O. issued a subpoena to the
4 El Dorado County Sheriff's office seeking its investigation file for Case # 22-2754. On
5 November 3, 2023, the Sheriff's office objected on the grounds that reports of
6 suspected child abuse are confidential under California law and are subject to
7 criminal and civil penalties for release except to specified individuals under
8 California Penal Code §§ 11169(a) and 11167.5(a). *See Kelly v. City of San Jose*, 114
9 F.R.D. 653 (N.D. Cal. 1987); *Webb v. Cnty. of Stanislaus*, 2022 U.S. Dist. LEXIS
10 26568, *9 (E.D. Cal. 2022).

11     5.    Counsel for Plaintiff and the Sheriff's Office have met and conferred and
12 the Sheriff's Office does not have a particularized concern with release beyond the
13 statutory restrictions and is willing to produce its investigation file for Case No. 22-
14 2754 pursuant to Court order subject to the conditions herein.

15     6.    The parties respectfully request that the Court issue an order directing
16 the El Dorado County Sheriff to release its investigation file for Case No. 22-2754
17 directly to counsel for the parties, including Plaintiff's counsel and counsel for Rescue
18 Union School District.

19     7.    The parties agree that the materials produced shall be confidential
20 subject to the terms of the Protective Order entered herein on Sept. 12, 2023
21 (Dkts.17-18), will be used only for the purposes of this litigation and will only be
22 disclosed to the parties, counsel, employees of the law firms representing the parties
23 and consultants retained by the parties for this litigation.

24     8.    The parties further agree that, notwithstanding paragraph 7.2 of the
25 Protective Order, the material released by the El Dorado County Sheriff shall be
26 deemed to be confidential and the burden shall be on the parties receiving the
27 documents to seek relief from the Protective Order.
28 ///

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER FOR DISCLOSURE OF EL DORADO COUNTY
SHERIFF'S OFFICE INVESTIGATION FILE FOR CASE NO. 22-2754

1  IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

2  Dated: March 22, 2024                WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____/s/ Kelly L. Ganci_____
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
KELLY L. GANCI
Attorneys for PLAINTIFF
S.O., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM LOLITA O'NEAL

Dated: April 9, 2024                   EL DORADO COUNTY COUNSEL

By: _____/s/ Stephen P. Maxwell_____
Attorneys for Real Party in Interest El Dorado County Sheriff

Dated: March 27, 2024                  SPINELLI DONALD AND NOTT

By: _____/s/ Carter Nott_____
ROSS NOTT
CARTER NOTT
Attorneys for DEFENDANTS

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
STIPULATION AND [PROPOSED] ORDER FOR DISCLOSURE OF EL DORADO COUNTY SHERIFF'S OFFICE INVESTIGATION FILE FOR CASE NO. 22-2754

# ORDER

THE PARTIES HAVING STIPULATED THERETO AND GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that:

1. The El Dorado County Sheriff's Office shall release its investigation file for Case # 22-2754 to counsel for the parties herein.

2. The material released by the El Dorado County Sheriff shall be deemed to be confidential and subject to the Sept. 12, 2023 Protective Order (Dkts. 17-18).

3. The material released by the El Dorado County Sheriff's Office shall be used only for the purposes of this litigation and will only be disclosed to the parties, counsel, employees of the law firms representing the parties and consultants retained by the parties for this litigation.

**IT IS SO ORDERED.**

DATED: April 10, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4

STIPULATION AND [PROPOSED] ORDER FOR DISCLOSURE OF EL DORADO COUNTY SHERIFF'S OFFICE INVESTIGATION FILE FOR CASE NO. 22-2754