LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**
**S.O., A MINOR, BY AND THROUGH HER**
**GUARDIAN AD LITEM LOLITA O'NEAL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

S.O., a minor, by and through her Guardian Ad Litem, LOLITA O'NEAL,

Plaintiff,

v.

RESCUE UNION SCHOOL DISTRICT; MICHELLE WINBERG; LAURA HENDRIX; DUSTIN HALEY and DOES 1-100,

Defendants.

Case No. 2:23-CV-00406-DJC-AC

**AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 36)**

District Judge Daniel J. Calabretta
Magistrate Judge Allison Claire

Date Filed: 03/03/2023
Trial Date: 03/03/2025

The Parties, through their undersigned counsel, hereby jointly stipulate and request the Court enter an order as follows.

WHEREAS:

1. The parties are engaged in an ongoing discovery dispute which is the subject of a pending motion (Dkt. 47) filed by Defendant Rescue Union School District seeking reconsideration of the Magistrate's order compelling production of unredacted evidence (Dkt. 45);

2. Defendant has not yet completed its court-ordered production of documents

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

1

AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 36) - CASE NO. 2:23-CV-00406-DJC-AC

responsive to Plaintiff's First Set of Request for Production of Documents[1] which was due February 29, 2024 (Dkt. 33 p.4:4-6) and it is anticipated that Defendant will not make that production until the Court rules on the Motion for Reconsideration presently pending;

3. Without a complete production of evidence without redaction, the minor Plaintiff has been unable to proceed with depositions, evaluate the case for settlement, or engage in expert discovery;

4. Defendants received Plaintiff S.O.'s first supplemental disclosure of 1,428 documents on May 2, 2024 and will need additional time to review the documents to prepare follow-up discovery;

5. The deposition of Guardian Ad Litem, Lolita O'Neal scheduled for April 12, 2024, was taken off calendar by Plaintiff's counsel and the next soonest date of availability for all Parties was May 14, 2024;

6. Under the current deadlines, lay discovery closes in one month, on May 30 2024. Even if depositions were to be completed prior to the May 30, 2024 deadline, the Parties would have insufficient time to propound additional written discovery or to notice additional witnesses as necessary;

7. The Parties hereby jointly stipulate and request that the deadlines as set forth in the Scheduling Order (Dkt. 36) be modified and extended 60 days as set forth below:

| **Deadline** | **Current** | **Proposed** |
|---|---|---|
| Lay Discovery Cutoff | 05/30/2024 | **07/30/2024** |
| Expert Disclosure + Reports | 06/27/2024 | **08/27/2024** |
| Rebuttal Disclosure + Reports | 07/25/2024 | **09/25/2024** |
| Expert Discovery Cutoff | 08/22/2024 | **10/25/2024** |
| Motion Filing Deadline | 09/02/2024 | **11/04/2024** |
| Dispositive Motion Hearing Deadline | 10/17/2024 | **12/19/2024 at 1:30 p.m.** |
| Joint Pretrial Statement/ MILS | 12/5/2024 | **02/05/2025** |

[1] RFPD Set One was served July 6, 2023

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| Final Pretrial Conference Hearing | 01/16/2025 | **03/13/2025 at 1:30 p.m.** |
|---|---|---|
| Jury Trial | 03/03/2025 | **05/05/2025** |

8. This is the Parties' second request to modify the scheduling order.

9. Good cause supports this joint request, as the pre-trial modifications would allow the parties to complete fact discovery needed for trial or pre-trial resolution. The parties cannot adequately prepare the case for trial without additional time to complete discovery.

10. The Parties respectfully submit that this modification will better allow them to resolve outstanding issues, complete discovery and prepare the case for trial. The parties may need to request additional time, pending resolution of Defendant Rescue Union School District's Motion for Reconsideration.

IT IS SO STIPULATED.

Dated: May 03, 2024

WALKUP, MELODIA, KELLY & SCHOENBERGER

By: /s/ Kelly L. Ganci
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
KELLY L. GANCI
Attorneys for PLAINTIFF
S.O., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM LOLITA O'NEAL

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

Dated: May 03,2024

SPINELLI DONALD & NOTT

By: /s/ Carter *J. Nott*

ROSS R. NOTT
CARTER J. NOTT
Attorneys for DEFENDANT
RESCUE UNION SCHOOL DISTRICT,
MICHELLE WINBERG, LAURA HENDRIX
AND DUSTIN HALEY

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4

AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 36) - CASE NO. 2:23-CV-00406-DJC-AC

**ORDER**

Having considered the stipulated request of the parties, and with good cause appearing, the Court orders as follows:

1. Lay Discovery Period: The deadline to complete lay discovery shall be extended sixty days, from May 30, 2024 to **July 30, 2024**.

2. Initial Expert Disclosure: The deadline to exchange initial expert disclosure and reports shall be extended sixty days, from June 27, 2024 to **August 27, 2024**.

3. Rebuttal Expert Disclosure: The deadline to exchange rebuttal expert reports shall be extended sixty days, from July 25, 2024 to **September 25, 2024**.

4. Expert Discovery Period: The deadline to complete expert discovery shall be extended sixty days, from August 22, 2024 to **October 25, 2024**.

5. Motion Filing Deadline: The deadline to file motions, including dispositive motions, shall be extended sixty days, from September 2, 2024 to **November 4, 2024**.

6. Dispositive Motion Hearing Deadline: The deadline for hearing dispositive motions shall be extended sixty days, from October 17, 2024 to **December 19, 2024 at 1:30 PM**.

7. Final Pretrial Conference Hearing: The deadline for hearing dispositive motions shall be extended sixty days, from January 16, 2025 to **March 13, 2025 at 1:30 PM**.

8. Jury Trial: The Trial date shall be extended sixty days, from March 3, 2025 to **May 5, 2025 at 8:30 AM**.

IT IS SO ORDERED.

Dated: May 7, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210