LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF
S.O., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM LOLITA O'NEAL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.O., a minor, by and through her Guardian Ad Litem, LOLITA O'NEAL,<br><br>Plaintiff,<br><br>v.<br><br>RESCUE UNION SCHOOL DISTRICT; MICHELLE WINBERG; LAURA HENDRIX; DUSTIN HALEY and DOES 1-100,<br><br>Defendants. | Case No. 2:23-CV-00406-DJC-AC<br><br>**THIRD JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 36)**<br><br>District Judge Daniel J. Calabretta<br>Magistrate Judge Allison Claire<br><br>Date Filed:    03/03/2023<br>Trial Date:    05/05/2025 |

The Parties, through their undersigned counsel, hereby jointly stipulate and request the Court enter an order as follows.

WHEREAS:

1.  On April 24, 2024, Defendant Rescue Union School District filed a motion with this Court (Dkt 47) seeking reconsideration of the Magistrate's order compelling production of unredacted discovery, which is still pending;

2.  Until an Order is issued on the pending motion for reconsideration, Defendant will not complete its court-ordered production of documents responsive to

1
AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 36) - CASE NO. 2:23-CV-00406-DJC-AC

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

1 Plaintiff's First Set of Request for Production of Documents[1];

2     3.    Without a final Order regarding the production of these documents,
3 Plaintiff has been unable to proceed with liability depositions or additional written
4 discovery;

5     4.    Defendants are in the process of scheduling depositions of Plaintiff S.O.
6 and her mental health providers;

7     5.    Under the current deadlines, lay discovery closes in one month, on July 30
8 2024. Even if an Order was issued on the pending motion immediately, Plaintiff would
9 have insufficient time to take all outstanding liability depositions, propound additional
10 written discovery or to notice additional witnesses as necessary;

11     6.    The Parties hereby jointly stipulate and request that the deadlines as set
12 forth in the Scheduling Order (Dkt. 36) be modified and extended 60 days as set forth
13 below:

| **Deadline** | Current | **Proposed** |
|---|---|---|
| Lay Discovery Cutoff | 07/30/2024 | 10/25/2024 |
| Expert Disclosure + Reports | 08/27/2024 | 11/22/2024 |
| Rebuttal Disclosure + Reports | 09/25/2024 | 12/20/2024 |
| Expert Discovery Cutoff | 10/25/2024 | 1/17/2025 |
| Dispositive Motion Filing Deadline | 11/04/2024 | 1/31/2025 |
| Dispositive Motion Hearing Deadline | 12/19/2024 at 1:30 p.m. | 3/20/2025 at 1:30 p.m. |
| Final Pretrial Conference Hearing | 03/13/2025 at 1:30 p.m. | 6/5/2024 at 1:30 p.m. |
| Jury Trial | 05/05/2025 | 8/4/2025 at 8:30 a.m. |

22     7.    This is the Parties' third request to modify the scheduling order.

23     8.    Good cause supports this joint request, as the pre-trial modifications would
24 allow the parties to complete fact discovery needed for trial or pre-trial resolution. The
25 parties cannot adequately prepare the case for trial without additional time to complete
26 discovery.

---

[1] RFPD Set One was served July 6, 2023.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 36) -
CASE NO. 2:23-CV-00406-DJC-AC

9. The Parties respectfully submit that this modification will better allow them to resolve outstanding issues, complete discovery and prepare the case for trial. The parties may need to request additional time, pending resolution of Defendant Rescue Union School District's Motion for Reconsideration.

IT IS SO STIPULATED.

Dated: June 25, 2024        WALKUP, MELODIA, KELLY & SCHOENBERGER

By: /s/ Kelly L. Ganci
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
KELLY L. GANCI
Attorneys for PLAINTIFF
S.O., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM LOLITA O'NEAL

Dated: June 25, 2024     SPINELLI DONALD & NOTT

By: /s/Ross R. Nott
ROSS R. NOTT
CARTER J. NOTT
Attorneys for DEFENDANT
RESCUE UNION SCHOOL DISTRICT,
MICHELLE WINBERG, LAURA HENDRIX
AND DUSTIN HALEY

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4
AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 36) -
CASE NO. 2:23-CV-00406-DJC-AC

**ORDER**

Having considered the stipulated request of the parties, and with good cause appearing, the Court orders as follows:

1. <u>Lay Discovery Period</u>:  The deadline to complete lay discovery shall be extended from July 30, 2024 to October 25, 2024.

2. <u>Initial Expert Disclosure</u>:  The deadline to exchange initial expert disclosure and reports shall be extended from August 27, 2024 to November 22, 2024.

3. <u>Rebuttal Expert Disclosure</u>:  The deadline to exchange rebuttal expert reports shall be extended from September 25, 2024 to December 20, 2024.

4. <u>Expert Discovery Period</u>:  The deadline to complete expert discovery shall be extended from October 25, 2024 to January 17, 2025.

5. <u>Motion Filing Deadline</u>:  The deadline to file motions, including dispositive motions, shall be extended from November 4, 2024 to January 31, 2025.

6. <u>Dispositive Motion Hearing Deadline</u>:  The deadline for hearing dispositive motions shall be extended December 19, 2024 to March 20, 2025 at 1:30 p.m.

7. <u>Final Pretrial Conference Hearing</u>:  The Final Pretrial Conference date shall be extended from March 13, 2025 to June 5, 2025 at 1:30 p.m.

8. <u>Jury Trial</u>: The Trial date shall be extended from May 5, 2025 to August 4, 2025 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  June 25, 2024            /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

5
AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 36) - CASE NO. 2:23-CV-00406-DJC-AC