LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF
S.O., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM LOLITA O'NEAL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.O., a minor, by and through her Guardian Ad Litem, LOLITA O'NEAL,<br><br>Plaintiff,<br><br>v.<br><br>RESCUE UNION SCHOOL DISTRICT; MICHELLE WINBERG; LAURA HENDRIX; DUSTIN HALEY and DOES 1-100,<br><br>Defendants. | Case No. 2:23-CV-00406-DJC-AC<br><br>**FOURTH JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 36)**<br><br>District Judge Daniel J. Calabretta<br>Magistrate Judge Allison Claire<br><br>Date Filed:   03/03/2023<br>Trial Date:   08/04/2025 |

The Parties, through their undersigned counsel, hereby jointly stipulate and request the Court enter an order as follows.

WHEREAS:

1. On April 24, 2024, Defendant Rescue Union School District filed a motion with this Court (Dkt 47) seeking reconsideration of the Magistrate's order compelling production of unredacted discovery, which the Court granted on August 20 (Dkt. No.56);

2. Plaintiff filed a motion for protective order regarding communications between Defendant Rescue Union School District and relevant witnesses in this

1  matter. (Dkt. No. 57) Magistrate Claire is presiding over the subsequent meet and
2  confer related to this motion, which will affect the final production of documents
3  Defendant will make. Magistrate Claire set a compliance hearing on September 20,
4  2024. (Dkt. No. 63) Defendant's final production of documents will not occur until
5  after the compliance hearing;

6      3.    Defendants are in the process of scheduling depositions of Plaintiff S.O.
7  and her mental health providers;

8      4.    Under the current deadlines, lay discovery would close less than one
9  month after the final production of document occurs. If the lay discovery deadline
10 remains the same, Plaintiff would have insufficient time after the final document
11 production to take all outstanding liability depositions, propound additional written
12 discovery or to notice additional witnesses as necessary;

13     5.    The Parties hereby jointly stipulate and request that the following pre-
14 trial deadlines as set forth in the Scheduling Order (Dkt. 53) be modified and
15 extended days as set forth below:

| **Deadline** | **Current** | **Proposed** |
|---|---|---|
| Joint Mid-Discovery Statement | - | 1/17/2025 |
| Lay Discovery Cutoff | 10/25/2024 | 2/14/2025 |
| Expert Disclosure + Reports | 11/22/2024 | 3/14/2025 |
| Rebuttal Disclosure + Reports | 12/20/2024 | 4/18/2025 |
| Expert Discovery Cutoff | 1/17/2025 | 5/16/2025 |
| Dispositive Motion Filing Deadline | 1/31/2025 | 6/2/2025 |
| Dispositive Motion Hearing Deadline | 3/20/2025 at 1:30 p.m. | 7/10/2025 at 1:30 p.m. |
| Final Pretrial Conference Hearing | 6/5/2024 at 1:30 p.m. | 9/25/2025 at 1:30 p.m. |
| Jury Trial | 8/4/2025 at 8:30 a.m. | 12/1/2025 at 8:30 a.m. |

25     6.    This is the Parties' fourth request to modify the scheduling order.
26     7.    Good cause supports this joint request, as the pre-trial modifications
27 would allow the parties to complete fact discovery needed for trial or pre-trial
28 resolution. The parties cannot adequately prepare the case for trial without

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 36) -
CASE NO. 2:23-CV-00406-DJC-AC

1  additional time to complete discovery.

2      8.    The Parties respectfully submit that this modification will better allow
3  them to resolve outstanding issues, complete discovery and prepare the case for trial.

4      IT IS SO STIPULATED.

5  Dated: September 24, 2024    WALKUP, MELODIA, KELLY & SCHOENBERGER

By:  /s/ Kelly L. Ganci
     KHALDOUN A. BAGHDADI
     VALERIE N. ROSE
     KELLY L. GANCI
     Attorneys for PLAINTIFF
     S.O., A MINOR, BY AND THROUGH HER
     GUARDIAN AD LITEM LOLITA O'NEAL

Dated: September 24, 2024    SPINELLI DONALD & NOTT

By:  /s/ Kathleen Bray
     ROSS R. NOTT
     CARTER J. NOTT
     KATHLEEN BRAY
     Attorneys for DEFENDANT
     RESCUE UNION SCHOOL DISTRICT,
     MICHELLE WINBERG, LAURA HENDRIX
     AND DUSTIN HALEY

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 36) -
CASE NO. 2:23-CV-00406-DJC-AC

**ORDER**

Having considered the stipulated request of the parties, and with good cause appearing, the Court orders as follows:

1. <u>Lay Discovery Period</u>:  The deadline to complete lay discovery shall be extended to February 14, 2025.

2. <u>Initial Expert Disclosure</u>:  The deadline to exchange initial expert disclosure and reports shall be extended to March 14, 2025.

3. <u>Rebuttal Expert Disclosure</u>:  The deadline to exchange rebuttal expert reports shall be extended to April 18, 2025.

4. <u>Expert Discovery Period</u>:  The deadline to complete expert discovery shall be extended to May 16, 2025.

5. <u>Motion Filing Deadline</u>:  The deadline to file motions, including dispositive motions, shall be extended to June 2, 2025.

6. <u>Dispositive Motion Hearing Deadline</u>:  The deadline for hearing dispositive motions shall be extended July 10, 2025 at 1:30 p.m.

7. <u>Final Pretrial Conference Hearing</u>:  The deadline for hearing dispositive motions shall be extended to September 25, 2025 at 1:30 p.m.

8. <u>Jury Trial</u>: The Trial date shall be extended to December 1, 2025 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  September 25, 2024         /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

4
AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 36) - CASE NO. 2:23-CV-00406-DJC-AC