LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF
S.O., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM LOLITA O'NEAL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.O. a minor, by and through her Guardian Ad Litem, LOLITA O'NEAL,<br><br>Plaintiff,<br><br>v.<br><br>RESCUE UNION SCHOOL DISTRICT; MICHELLE WINBERG; LAURA HENDRIX; DUSTIN HALEY and DOES 1-100,<br><br>Defendants. | Case No. 2:23-CV-00406-DJC-AC<br><br>Assigned to District Judge Daniel J. Calabretta and Magistrate Judge Allison Claire<br><br>**STIPULATION AND [PROPOSED] ORDER RE FERPA NOTICE AND PROCESS FOR OBJECTIONS TO DISCLOSURE**<br><br>Filed: March 3, 2023<br>Trial: December 1, 2025 |

The Parties, through their undersigned counsel, hereby jointly stipulate and request the Court enter an order as follows.

WHEREAS:

1. On September 16, 2024, the parties submitted a Joint Statement regarding, *inter alia*, the appropriate notification process for records responsive to discovery that may be subject to The Family Educational Rights and Privacy Act (FERPA) (Dkt. 64).

2. On September 20, 2024, a discovery hearing relating to Dkt. 64 was held. Thereafter, the Court approved a timeline for issuance of an initial FERPA

1  notice and issued a minute order requiring the parties to submit a joint statement
2  regarding the issuance of a second FERPA notice by October 18, 2024. (Dkt. 65)

3      3.     Thereafter, the Defendant sent out the Court ordered FERPA notices
4  and received 62 objections by the imposed deadlines. Defendant has reproduced over
5  11, 000 unredacted pages for which no FERPA objection was lodged by the
6  parent/student and has identified 795 pages subject to a parent/student objection.

7      4.     Plaintiff is currently in the process of reviewing and de-duplicating the
8  emails and documents identified as subject to a FERPA objection to determine which
9  records Plaintiff will seek unredacted. The Parties request additional time to meet
10 and confer as to the 62 FERPA objections and to propose an appropriate and efficient
11 process to seek Court adjudication of 1) which of the documents are subject to
12 FERPA; and 2) which documents subject to FERPA the Court will order produced
13 over an objection.

14     5.     Therefore, the Parties hereby jointly stipulate and request that the
15 current deadline of October 18, 2024, as set forth in the Court's minute order Dkt. 65,
16 be extended to October 28, 2024.  At that time, the parties agree to address the
17 following in a Joint Statement:

18        a.     The contents of a second FERPA notice;

19        b.     Which documents Plaintiff seeks unredacted are subject to
20 FERPA;

21        c.     The proposed process by which the Court will adjudicate whether
22 documents subject to FERPA for which an objection has been lodged should
23 nevertheless be produced to Plaintiff unredacted.

24 ///
25 ///
26 ///
27 ///
28 ///

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER RE FERPA NOTICE AND PROCESS FOR
OBJECTIONS TO DISCLOSURE - CASE NO. 2:23-CV-00406-DJC-AC

| | | |
|---|---|---|
| 1 | Dated: October 18, 2024 | WALKUP, MELODIA, KELLY & SCHOENBERGER |

By: _____/s/ Valerie N. Rose_____
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
KELLY L. GANCI
Attorneys for PLAINTIFF
S.O., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM LOLITA O'NEAL

Dated: October 18, 2024        SPINELLI, DONALD & NOTT

By: _____/s/ Kathleen M. Bray_____
ROSS R. NOTT
CARTER J. NOTT
KATHLEEN M. BRAY
Attorneys for DEFENDANTS
RESCUE UNION SCHOOL DISTRICT,
MICHELLE WINBERG, LAURA HENDRIX
and DUSTIN HALEY

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
STIPULATION AND [PROPOSED] ORDER RE FERPA NOTICE AND PROCESS FOR OBJECTIONS TO DISCLOSURE - CASE NO. 2:23-CV-00406-DJC-AC

# [~~PROPOSED~~] ORDER

Having considered the stipulated request of the parties, and with good cause appearing, the Court orders as follows:

The current deadline of October 18, 2024 set forth in Dkt. 64 is hereby extended to October 28. At that time, the parties shall address the following in a Joint Statement:

    a.    The contents of a second FERPA notice;

    b.    Which documents Plaintiff seeks unredacted are subject to FERPA;

    c.    The proposed process by which the Court will adjudicate whether documents subject to FERPA for which an objection has been lodged should nevertheless be produced to Plaintiff unredacted.

IT IS SO ORDERED.

DATED: October 21, 2024

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4
STIPULATION AND [PROPOSED] ORDER RE FERPA NOTICE AND PROCESS FOR OBJECTIONS TO DISCLOSURE - CASE NO. 2:23-CV-00406-DJC-AC