UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.O. a minor, by and through Guardian Ad Litem, LOLITA O'NEAL,<br><br>Plaintiff,<br><br>v.<br><br>RESCUE UNION SCHOOL DISTRICT, et al.,<br><br>Defendants. | No.  2:23-cv-00406 DJC AC<br><br><br>ORDER |

The First Amended Complaint alleges that plaintiff was subjected to physical and sexual abuse from other students as a disabled first-grade student at Green Valley Elementary School in the Rescue Union School District ("RUSD").  ECF No. 12.  Plaintiff contends among other things that RUSD and various of its employees failed to take appropriate action to intervene and prevent recurrence of the abuse.  Id.  On November 17, 2023, the undersigned granted plaintiff's motion to compel discovery and ordered RUSD to produce certain student files subject to the applicable protective order.  ECF No. 24.  The court subsequently clarified that the student files at issue must be produced in unredacted form.  ECF Nos. 37 (minute order), 45 (written order), 56 (order of district judge denying defendants' motion for reconsideration).  Production was later stayed, ECF No. 63, and a process was established by which the parents of students whose files were subject to disclosure would be notified and provided an opportunity to object, and the court would

consider any objections and review the subject documents in camera before ruling on their disclosure. ECF No. 71. The objections and related unredacted documents have been submitted to chambers for consideration. See ECF No. 72.

The court has conducted the contemplated in camera review of objections, and rules as follows:

1. The following documents shall be disclosed to plaintiff's counsel pursuant to the protective order on an "attorney's eyes only" basis, over the objections of the subject students' parents, based on the court's finding of relevance: Exhibit C; Exhibit H, Bates Nos. 672-673, 8459, 8463-8464 (Sibling 1) only;

2. Plaintiff's pending request for production is denied as moot as to the document at Bates Nos. 1441-1442 (the subject of Objection Nos. 30 and 40); and

3. Parental objections to disclosure of all other records submitted to the court are sustained based on the court's findings that the documents lack relevance to overcome the students' privacy interests. Of the documents submitted for review, only those identified in paragraph 1, above, must be produced pursuant to the court's previous orders.

DATED: January 15, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE