**SPINELLI, DONALD & NOTT**
A Professional Corporation
Ross R. Nott (State Bar No. 172235)
Carter J. Nott (State Bar No. 350803)
Kathleen M. H. Bray (SBN 197582)
300 University Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 448-7888

Attorneys for Defendant
**RESCUE UNION SCHOOL DISTRICT, MICHELLE WINBERG, LAURA HENDRIX, and DUSTIN HALEY**

UNITED STATES DISTRICT COURT

EASTERN DISTRCT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| S.O. a minor, by and through her Guardian ad Litem, LOLITA O'NEAL,<br><br>　　　　　Plaintiffs,<br>　vs.<br>RESCUE UNION SCHOOL DISTRICT, MICHELLE WINBERG, LAURA HENDRIX, DUSTIN HALEY, and DOES 1-100,<br>　　　　　Defendants. | Case No.: 2:23-CV-00406-DJC-AC<br><br>**FIFTH JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 67)**<br><br>Complaint Filed: March 3, 2023<br>Trial Date: December 1, 2025<br><br>Assigned to Hon. Daniel J. Calabretta<br>Magistrate Judge Allison Claire<br><br>Hearing Date: As Designated<br>Courtroom: 7, 14th Floor |

　　　　The Parties, through their undersigned counsel, hereby jointly stipulate and request the Court enter an order as follows.:

　　　　1.　　On September 25, 2024, the Court granted the Parties Fourth Joint Stipulation to Modify the Scheduling Order. (Dkt. 67) The Court noted that the Parties may be ordered to personally appear before the court should further request be made.

　　　　2.　　The Parties understand the Court's request and will make themselves available should an Order ensue.

///

1

3. As the Parties stated in their Fourth Request to Modify Scheduling Order Dkt. 66, they were engaged in a discovery dispute that affected the final production of documents Defendant would make. This process was resolved by Court Order on January 16, 2025. Defendant's production will be due in 7 days from the date of the Order. The parties could not set depositions until the status of the final production by Defendant RUSD was known.

4. The Plaintiff noticed 7 depositions, including Defendant RUSD's 30(b)6 witness. The Parties have worked together to set dates, and the first of these depositions will take place January 23, 2025.

5. The Defendants have continued to request deposition dates for Plaintiff S.O. The Parties have agreed to the scope of Plaintiff's deposition and Plaintiff will provide Defendant with dates shortly. Defendants have noticed depositions for Plaintiff's multiple treatment providers. The first of these depositions will take place January 17, 2025.

6. The Parties anticipate further need for discovery dispute resolution with the Magistrate Judge related to Defendants' request for two Rule 34 examinations of the minor Plaintiff. The Parties have reached agreement as to one expert. Defendants are awaiting the return of that signed Stipulation. The Defendants will seek redress with the Magistrate Judge for the remaining IME matter that they believe will be resolved swiftly in order to meet the proposed discovery deadlines with no further request for extension.

///
///
///
///
///
///
///
///
///

7.  The Parties hereby jointly stipulate and request that the following pre-trial deadlines as set forth in the Scheduling Order (Dkt. 67) be modified and extended days as set forth below:

| Deadline | Current | Proposed |
|---|---|---|
| Lay Discovery Cutoff | 2/14/2025 | 4/4/2025 |
| Expert Disclosure + Reports | 3/14/2025 | 5/2/2025 |
| Rebuttal Disclosure + Reports | 4/18/2025 | 5/30/2025 |
| Expert Discovery Cutoff | 5/16/2025 | 6/27/2025 |
| Dispositive Motion Filing Deadline | 6/02/2025 | 7/25/2025 |
| Dispositive Motion Hearing Deadline | 7/10/2025 at 1:30 p.m. | 8/22/2025 at 1:30 p.m. |
| Final Pretrial Conference Hearing | 9/25/2024 at 1:30 p.m. | No change. |
| Jury Trial | 12/1/2025 at 8:30 a.m. | No change. |

8.  This is the Parties' fifth request to modify the scheduling order.

9.  The Parties find good cause exists to extend the proposed Lay and Expert Discovery deadlines as well as Dispositive Motion deadlines. The Parties are not requesting any changes to the Final Pretrial Conference (9/25/2025) nor the Jury Trial Date set for December 1, 2025.

10. Good cause supports this joint request, as the pre-trial modifications would allow the parties to complete fact discovery needed for trial or pre-trial resolution as set forth above. Due to the complexities and nature of the privacy issues involved in written discovery, the process for production took more time than either party expected at the time the prior request to modify was made. The parties have made significant progress in setting necessary depositions and now that the Magistrate's final order has been issued with respect to the production of records, deposition discovery can occur without delay However, the parties cannot adequately prepare the case for trial without additional time to complete discovery.

///

///

///

11. The Parties respectfully submit that this modification will better allow them to resolve outstanding issues, complete discovery and prepare the case for trial.

IT IS SO STIPULATED.

Dated: January 22, 2025                    **SPINELLI, DONALD & NOTT**

                                           By:   */s/ Kathleen M.H. Bray*
                                                ROSS R. NOTT
                                                CARTER J. NOTT
                                                KATHLEEN M. H. BRAY
                                                Attorneys for DEFENDANTS
                                                RESCUE UNION SCHOOL DISTRICT, MICHELLE WINBERG, LAURA HENDRIX, and DUSTIN HALEY

Dated: January 22, 2025                    WALKUP, MELODIA, KELLY & SCHOENBERGER

                                                By:   */s/ Kelly L. Ganci*
                                                KHALDOUN A BAGHDADI
                                                VALERIE N. ROSE
                                                KELLY L. GANCI
                                                Attorneys for PLAINTIFF
                                                S.O., A MINOR BY AND THROUGH HER GUARDIAN AD LITEM LOLITA O'NEAL

# **ORDER**

Having considered the stipulated request of the parties, and with good cause appearing, the Court orders as follows:

1. <u>Lay Discovery Cutoff</u>:  The deadline to complete lay discovery shall be extended from February 14, 2025 to April 4, 2025.

2. <u>Initial Expert Disclosure</u>:  The deadline to exchange initial expert disclosure and reports shall be extended from March 14, 2025 to May 2, 2025.

3. <u>Rebuttal Expert Disclosure</u>:  The deadline to exchange rebuttal expert reports shall be extended from April 18, 2025 to May 30, 2025.

4. <u>Expert Discovery Period</u>:  The deadline to complete expert discovery shall be extended from May 16, 2025 to June 27, 2025.

5. <u>Motion Filing Deadline</u>:  The deadline to file motions, including dispositive motions, shall be extended from June 2, 2025 to July 25, 2025.

6. <u>Dispositive Motion Hearing Deadline</u>:  The deadline for hearing dispositive motions shall be extended July 10, 2025 to August 21, 2025 at 1:30 p.m.

7. <u>Final Pretrial Conference Hearing</u>:  The Final Pretrial Conference Hearing shall remain September 25, 2025 at 8:30 a.m.

8. <u>Jury Trial</u>: The Trial date shall remain December 1, 2025 at 8:30 a.m.

9. The parties are advised that the Court will look on any further request to modify the scheduling order with disfavor and will address any such request via noticed motion only with good cause and compelling circumstances shown.

IT IS SO ORDERED.

Dated:  January 22, 2025                                   /s/ Daniel J. Calabretta
                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                            UNITED STATES DISTRICT JUDGE