**SPINELLI, DONALD & NOTT**
A Professional Corporation
Ross R. Nott (State Bar No. 172235)
Carter J. Nott (State Bar No. 350803)
Kathleen M. H. Bray (SBN 197582)
300 University Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 448-7888

Attorneys for Defendant
**RESCUE UNION SCHOOL DISTRICT, MICHELLE WINBERG,
LAURA HENDRIX, and DUSTIN HALEY**

UNITED STATES DISTRICT COURT

EASTERN DISTRCT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| S.O. a minor, by and through her Guardian ad Litem, LOLITA O'NEAL,<br><br>Plaintiffs,<br>vs.<br>RESCUE UNION SCHOOL DISTRICT, MICHELLE WINBERG, LAURA HENDRIX, DUSTIN HALEY, and DOES 1-100,<br><br>Defendants. | Case No.: 2:23-CV-00406-DJC-AC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MENTAL EXAMINATION OF PLAINTIFF S.O.**<br><br>Complaint Filed: March 3, 2023<br>Trial Date: December 1, 2025<br><br>Assigned to Hon. Daniel J. Calabretta<br>Magistrate Judge Allison Claire |

The Parties to this action, by and through their counsel of record, hereby stipulate and agree as follows:

1. In this case, Defendants contend a controversy exists regarding the mental condition of Plaintiff S.O. and good cause exists for a mental examination of Plaintiff. Plaintiff seeks limitations on said exam due to her status as a minor and alleged sexual assault victim with a disability. The parties have met and conferred, and accordingly stipulate as follows.

2. On Monday, March 31, 2025, at a time to be determined by the Parties, Defendant Rescue Union School District's (RUSD) Rule 35 examiner, Licensed Clinical Psychologist, Amanda Mossman Steiner, PhD, BCBA-D, will individually perform a standardized psychological

examination (Examination) of Plaintiff S.O. at her office located in El Dorado Hills, California.

3. During the Examination, breaks shall be provided as necessary.
4. The Examination shall take place in one visit, and shall not exceed 4 hours excluding breaks and observation of S.O.'s classroom or recess as described below.
5. Counsel for the parties are not permitted to attend the Examination, and the only Examiner permitted to be present is Dr. Amanda Mossman Steiner.
6. S.O.'s parents may accompany their child to the Examination and one parent/guardian may sit directly outside the examination room with the door open.  S.O.'s parents will not assist the child to complete tests, answer the Examiner's questions on behalf of the child or otherwise impede the Examination.
7. Dr. Amanda Mossman Steiner may perform one or more of the following psychological tests during the Examination.  Dr. Amanda Mossman Steiner will not administer any test not included on the below list.  Dr. Amanda Mossman Steiner will not conduct any interview of S.O. or her parents that is not part of one of the below standardized measures:
   a. Administration of the WISC-V (or substitute if needed, DAS-II or SB-5);
   b. Administration of the ADOS-2;
   c. One of S.O.'s parents will complete the questionnaire components of the VABS-3 and BASC-3.
8. In addition to the examination on March 31, 2025, the parties agree that Dr. Amanda Mossman Steiner's evaluation of Plaintiff will include a thirty minute observation of Plaintiff S.O. in the classroom, and a 25 minute observation of S.O. at recess with no direct communication between the examiner and S.O. This will occur on Wednesday, March 26, 2025.

//
//
//
//

9. The Defendants have agreed to withdraw their request for reconsideration of the Courts Minute Order ECF [83].

Dated: March 25, 2025    **SPINELLI, DONALD & NOTT**

By: _____/s/ Kathleen M.H. Bray_____
    ROSS R. NOTT
    CARTER J. NOTT
    KATHLEEN M. H. BRAY
    Attorneys for DEFENDANTS
    RESCUE UNION SCHOOL DISTRICT, MICHELLE WINBERG, LAURA HENDRIX, and DUSTIN HALEY

Dated: March 25, 2025    WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____/s/ Valerie N. Rose_____
    KHALDOUN A BAGHDADI
    VALERIE N. ROSE
    KELLY L. GANCI
    Attorneys for PLAINTIFF
    S.O., A MINOR BY AND THROUGH HER GUARDIAN AD LITEM LOLITA O'NEAL

# ORDER

In consideration of the stipulation by the parties, and with good cause appearing,

1. On Monday, March 31, 2025, at a time to be determined by the Parties, Defendant Rescue Union School District's (RUSD) Rule 35 examiner, Licensed Clinical Psychologist, Amanda Mossman Steiner, PhD, BCBA-D, will individually perform a standardized psychological examination (Examination) of Plaintiff S.O. at her office located in El Dorado Hills, California.
2. During the examination, breaks shall be provided as necessary.
3. The Examination shall take place in one visit, and shall not exceed 4 hours excluding breaks and observation of S.O.'s classroom or recess as described below.
4. Counsel for the parties are not permitted to attend the Examination, and the only Examiner permitted to be present is Dr. Amanda Mossman Steiner.
5. S.O.'s parents may accompany their child to the Examination and one parent/guardian may sit directly outside the examination room with the door open. S.O.'s parents will not assist the child to complete tests, answer the Examiner's questions on behalf of the child or otherwise impede the Examination.
6. Dr. Amanda Mossman Steiner may perform one or more of the following psychological tests during the Examination. Dr. Amanda Mossman Steiner will not administer any test not included on the below list. Dr. Amanda Mossman Steiner will not conduct any interview of S.O. or her parents that is not part of one of the below standardized measures:
    a. Administration of the WISC-V (or substitute if needed, DAS-II or SB-5);
    b. Administration of the ADOS-2;
    c. One of S.O.'s parents will complete the questionnaire components of the VABS-3 and BASC-3.
7. In addition to the examination on March 31, 2025, the parties agree that Dr. Amanda Mossman Steiner's evaluation of Plaintiff will include a thirty minute observation of Plaintiff S.O. in the classroom, and a 25 minute observation of S.O. at recess with no direct communication between the examiner and S.O. This will occur on Wednesday, March 26, 2025.

8. The Defendants have agreed to withdraw their request for reconsideration of the Courts Minute Order ECF [83].

IT IS SO ORDERED.

DATED: March 25, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Case 2:23-cv-00406-DJC-AC   Document 89   Filed 03/26/25   Page 5 of 5

5
STIPULATION AND ORDER FOR MENTAL EXAMINATION OF PLAINTIFF S.O.