1

LAW OFFICES OF
# WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

2

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

3

4

5 KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)

6 vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)

7 kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

8 **S.O., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM LOLITA O'NEAL**

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12 S.O., a minor, by and through her Guardian Ad Litem, LOLITA O'NEAL, | Case No. 2:23-CV-00406-DJC-AC |
| 13 | Assigned to District Judge Daniel J. Calabretta and Magistrate Judge Allison Claire |
| 14 Plaintiff, | |
| 15 v. | **STIPULATION AND ORDER TO DISMISS LAURA HENDRIX AND** |
| 16 RESCUE UNION SCHOOL DISTRICT; MICHELLE WINBERG; LAURA HENDRIX; DUSTIN HALEY and DOES | **DUSTIN HALEY AS DEFENDANT'S WITHOUT PREJUDICE** |
| 17 1-100, | |
| 18 Defendants. | |

19

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

1    The parties in the above-entitled action through their designated counsel

2  hereby stipulate as follows:

3    Plaintiff agrees to dismiss Defendant Laura Hendrix and Defendant Dustin

4  Haley without prejudice in exchange for a waiver of fees and costs by Defendants.

5    IT IS SO STIPULATED.

6  Dated: May 13, 2025              WALKUP, MELODIA, KELLY & SCHOENBERGER

7

8                                By: _____

9                                   KHALDOUN A. BAGHDADI
                                    VALERIE N. ROSE
10                                  KELLY L. GANCI
                                    Attorneys for PLAINTIFF
11                                  S.O., A MINOR, BY AND THROUGH HER
12                                  GUARDIAN AD LITEM LOLITA O'NEAL

13

14  Dated:  May 9, 2025             SPINELLI DONALD & NOTT
15                                By:

16

17                                _____
                                    ROSS R. NOTT
18                                  CARTER J. NOTT
                                    KATHLEEN M.H. BRAY
19                                  Attorneys for DEFENDANT
20                                  RESCUE UNION SCHOOL DISTRICT,
                                    MICHELLE WINBERG, LAURA HENDRIX
21                                  AND DUSTIN HALEY

22

23

24

25

26

27

28

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
STIPULATION AND ORDER - CASE NO. 2:23-CV-00406-DJC-AC

**ORDER**

Having considered the stipulated request of the parties, and with good cause appearing, the Court orders as follows:

1. Defendant Laura Hendrix and Defendant Dustin Haley are dismissed without prejudice in exchange for a waiver of fees and costs by Defendants.

IT IS SO ORDERED.

Dated:  May 13, 2025                                    /s/ Daniel J. Calabretta
_____
                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
STIPULATION AND ORDER - CASE NO. 2:23-CV-00406-DJC-AC