LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF
S.O., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM LOLITA O'NEAL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.O., a minor, by and through her Guardian Ad Litem, LOLITA O'NEAL,<br><br>Plaintiff,<br><br>v.<br><br>RESCUE UNION SCHOOL DISTRICT; MICHELLE WINBERG; LAURA HENDRIX; DUSTIN HALEY and DOES 1-100,<br><br>Defendants. | Case No. 2:23-CV-00406-DJC-AC<br><br>Assigned to District Judge Daniel J. Calabretta and Magistrate Judge Allison Claire<br><br>**STIPULATION AND ORDER RE: DISMISSAL OF CLAIMS** |

The parties, through their undersigned counsel, herby jointly stipulate and request the Court enter an order as follows:

Plaintiff S.O. will dismiss her third cause of action alleging a violation of Education Code sec. 220 without prejudice in exchange for a waiver of fees and costs by Defendants;

Plaintiff S.O. will dismiss her fourth cause of action alleging a violation of Title IX without prejudice in exchange for a waiver of fees and costs by Defendants.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: July 23, 2025 | WALKUP, MELODIA, KELLY & SCHOENBERGER |

By: _____
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
KELLY L. GANCI
Attorneys for PLAINTIFF
S.O., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM LOLITA O'NEAL

Dated: July 23, 2025     SPINELLI DONALD & NOTT

By:     /s/ ROSS R. NOTT
ROSS R. NOTT
CARTER J. NOTT
KATHLEEN M.H. BRAY
Attorneys for DEFENDANT
RESCUE UNION SCHOOL DISTRICT,
MICHELLE WINBERG

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
Stipulation and Order re: Dismissal of Claims - CASE NO. 2:23-CV-00406-DJC-AC

**ORDER**

Having considered the stipulated request of the parties, and with good cause appearing, the Court orders as follows:

1. Plaintiff's third and fourth causes of action are hereby dismissed without prejudice. Each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: July 24, 2025              /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

Stipulation and Order re: Dismissal of Claims - CASE NO. 2:23-CV-00406-DJC-AC