UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.O.,<br><br>    Plaintiff,<br><br>    v.<br><br>RESCUE UNION SCHOOL DISTRICT,<br><br>    Defendant. | Case No.: 2:23-cv-00406-DJC-AC<br><br>**ORDER** |

On September 3, 2025, the parties appeared for Plaintiff's Motion to Remand. (ECF No. 117). After arguments, for the reasons stated on the record, the Court GRANTED Plaintiff's Motion, DISMISSED Plaintiff's Title IX Claims with prejudice, and DECLINED to exercise supplemental jurisdiction under 28 U.S. Code § 1367(c). This matter is DISMISSED with leave for Plaintiff to refile this action in state court.

IT IS SO ORDERED.

Dated: September 3, 2025        /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE